# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Pamela Paul o/b/o Penny McDaniel, (deceased), | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Andrew Saul, Commissioner of Social Security, | ) ) ) | Case No. 1:20-cv-174 |
| Defendant. | ) ) | |

**IT IS ORDERED:**

1. Plaintiff shall have until May 31, 2021, to file a motion for summary judgment and supporting brief.

2. Defendant shall have until June 30, 2021, to file a motion for summary judgment and supporting brief.

3. Plaintiff shall have until July 14, 2021, to file a responsive brief.

Dated this 21st day of April, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court